**Order entered February 3, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-01077-CR

**CARL YANCY JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-40209-R**

## ORDER

Before the Court is appellant's January 29, 2021 motion to transfer the reporter's record from cause number 05-07-00457-CR (appellant's direct appeal of his conviction) into this case and to extend time to file his brief. We **GRANT** the motion. We **ORDER** the Clerk to transfer the seven-volume reporter's record filed July 12, 2007 from cause number 05-07-00457-CR into this case. Appellant's brief is due **THIRTY DAYS** from the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE